**Entered on Docket
April 19, 2011**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

1
2
3
4
5
6
7  GREGORY L. WILDE NV Bar No. 004417
   Tiffany & Bosco
8  212 South Jones Blvd.
   Las Vegas, Nevada 89107
9  Telephone: (702) 258-8200
10 Fax: (702) 258-8787
   glw@tblaw.com
11
   Attorneys for Movant
12 BAYVIEW LOAN SERVICING, LLC
13
14          UNITED STATES BANKRUPTCY COURT
15
            SOUTHERN DISTRICT OF NEVADA
16
17
   In re                          | Bk. No. 10-54738-gwz
18                                 |
   WILLIE A. SCOTT and             | Chapter 7
19 PEGGY E. SCOTT,                 |
                                   | ORDER GRANTING RELIEF FROM
20                                 | THE AUTOMATIC STAY RE PROPERTY
                                   | LOCATED AT **3485 CASHILL BLVD.,**
21         Debtors.                | **RENO, NV 89509**
22                                 |
                                   | Date: 3/29/11
23                                 | Time: 10:00 am

24      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the relief from the
25 Automatic Stay in the above-entitled bankruptcy proceeding is granted for all purposes as to
26 Movant, BAYVIEW LOAN SERVICING, LLC, and Movant as to the subject property, generally

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

described as **3485 CASHILL BLVD., RENO, NV 89509**.

Submitted by:

Tiffany & Bosco.

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Movant
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

By_____
Allen M. Dutra
Chapter 7 Trustee

By _____
Kevin A. Darby
Attorney for Debtor

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

____ approved the form of this order                    ____ disapproved the form of this order

____ waived the right to review the order and/or        __x__ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order                    ____ disapproved the form of this order

____ waived the right to review the order and/or        __x__ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor